LEAH PEARLSTEIN, Appellant, *v.* TITLE GUARANTEE AND TRUST COMPANY, Respondent.

Submitted October 8, 1942; decided November 25, 1942.

*John Holley Clark, Jr., Gustavus A. Rogers* and *Leo Niedelman* for appellant.

*Flynn L. Andrew* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.